NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

THE BINKLEY COMPANY, etc., et al.

No. 16418.

United States Court of Appeals
Eighth Circuit.

Feb. 15, 1960.

Thomas J. McDermott, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, NLRB, Washington, D. C., for petitioner.

Charles H. Spoehrer and William F. Guffey, St. Louis, Mo., for respondents.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

MINNESOTA MINING & MANUFAC-
TURING COMPANY, Appellant,

v.

FRUEHAUF TRAILER COMPANY.

No. 16360.

United States Court of Appeals
Eighth Circuit.

Feb. 18, 1960.

Alexander & Robertson, St. Louis, Mo., for appellant.

Moser, Marsalek, Carpenter, Cleary, Jaeckel & Hamilton, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by appellant.

UNITED STATES of America,
Appellant,

v.

Booker COX et al.

No. 16419.

United States Court of Appeals
Eighth Circuit.

Feb. 24, 1960.

Charles W. Atkinson, U. S. Atty., and Robert E. Johnson, Asst. U. S. Atty., Fort Smith, Ark., for appellant.

Ted Coxsey, J. E. Simpson, Berryville, Ark., and E. J. Ball, Fayetteville, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

Coy W. PENNINGTON, Appellant,

v.

CHICAGO & NORTH WESTERN RAIL-
WAY COMPANY, a Corporation.

No. 16426.

United States Court of Appeals
Eighth Circuit.

March 3, 1960.

Clayton H. Shrout, Omaha, Neb., for appellant.

Gaines, Spittler, Neely, Otis & Moore, Omaha, Neb., for appellee.

PER CURIAM.

Motion of appellee to dismiss appeal sustained and appeal from District Court dismissed.